UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                        ORDER
                                        Crim. No. 15-163 (MJD/HB)

Terry Curtin,

    Defendant.

_____

    Katharine T. Buzicky and Sarah E. Hudleston, Assistant United States Attorneys, Counsel for Plaintiff.

    Piper L. Kenney, Piper L. Kenney PLLC, Counsel for Defendant.

    Christianna L. Finnern, Winthrop & Weinstine, P.A., Counsel for Third Party Jack Drogt, M.D.

_____

    This matter is before the Court on Third Party Jack Drogt, M.D.'s motion to quash the trial subpoena issued to him to appear in the trial in this matter scheduled to begin on March 1, 2016.

    The parties have agreed to present Dr. Drogt's testimony through deposition, and the Court consents to such agreement. Accordingly, Dr. Drogt will be deposed on February 24, 2016 at 1:00 p.m. in the presence of the Court and the defendant, and his deposition testimony will be presented during the

government's case-in-chief.  The government shall notice the deposition for the date and time set forth herein, and shall provide the court reporter and ASL interpreter.

IT IS HEREBY ORDERED that Third Party Jack Drogt, M.D.'s Motion to Quash or Modify Subpoena [Doc. No. 77] is dismissed as moot.  Dr. Drogt is hereby ordered to appear for deposition on February 24, 2016 at 1:00 p.m.

Date:   February 19, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court
